IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JARVIS GODWIN,<br><br>    Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO.: 5:22-cr-9 |

**O R D E R**

Respondent has moved to dismiss Movant Jarvis Godwin's ("Godwin") 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence.  Doc. 81.  The Court **ORDERS** Godwin to file any objections to Respondent's motion for dismissal or to otherwise inform the Court of his decision not to object to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Godwin does not respond to Respondent's Motion within 14 days, the Court will determine there is no opposition to the Motion, may grant the Motion as unopposed, and will deem Godwin to have failed to follow a Court Order.

**SO ORDERED**, this 16th day of July, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA