AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jarvis Godwin | ) Case No: | 5:22CR00009-1 |
| | ) | |
| | ) USM No: | 23123-510 |
| Date of Original Judgment:   May 31, 2023 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Kimberly L. Copeland |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___May 31, 2023___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   May 2, 2025

Effective Date: _____
*(if different from order date)*

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE