# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JARVIS GODWIN,

     Movant,

    v.

UNITED STATES OF AMERICA,

     Respondent.

5:22-cr-9

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to deny Movant Jarvis Godwin's ("Godwin") 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Dkt. No. 94. Godwin did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's Motion to Dismiss and **DENY** Godwin's 28 U.S.C. § 2255 Motion, dkt. nos. 78, 81, 91, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

I also **DENY** Godwin *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ___6___ day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2